

**STIDHAM RECONSTRUCTION & INVESTIGATION, L.L.C.**

# PRELIMINARY TRAFFIC COLLISION RECONSTRUCTION REPORT

DATE OF REPORT: March 31, 2008

CASE: SHANDA REYNOLDS

DATE OF COLLISION: MAY 8TH, 2008

TIME OF COLLISION: 7:20 HRS.

LOCATION OF COLLISION: I – 75 AT THE 30.566 MILE POINT

COUNTY OF OCCURANCE: LAUREL

STATE OF OCCURANCE: KENTUCKY

ROADWAY CONDITIONS:

1. STRAIGHT -1 DEGREE GRADE FOR NORTH BOUND TRAFFIC
2. ASPHALT ROADWAY
3. 2 LANES NORTH BOUND & 2 LANES SOUTH BOUND
4. NORTH AND SOUTH BOUND LANES DIVIDED BY GRASSY MEDIAN
5. DAMP ROAD SURFACE AT THE TIME OF THE COLLISION
6. NO VISUAL OBSTRUCTIONS FOR OVER 1,500 FEET PRECEEDING THE COLLISION SCENE.

PARTIES:
1. KENNETH W. SHOEMAKER
2. SHANDA REYNOLDS

VEHICLES:
1. VOLVO TRACTOR TRUCK PULLING A TANKER TRAILER
2. 2000 CHEVROLET TRACKER

INVESTIGATING OFFICER: TPR. BAXTER UNIT 289

1

May 8th, 2008 a traffic collision occurred on I-75 eight miles south of London, KY. This collision occurred as Shanda Reynolds was traveling north bound on the interstate in the left hand lane. Reynolds was traveling down a hill with a 1 degree grade and was overtaking a tanker truck being driven by Kenneth Shoemaker which was in the right hand lane. As Reynolds approached the rear of the Shoemaker vehicle Shoemaker began merging into the left hand lane cutting Reynolds off. This caused Reynolds to swerve to the right to avoid hitting Shoemaker in the rear. At his point Reynolds lost control of her vehicle and slid off the interstate impacting the guard rail overturning and coming to final rest on her passenger side on the shoulder of the interstate. This collision was investigated by Tpr. Baxter of the KY State Police post 11 London, KY.

The preparation of this report is based upon the physical evidence including scene inspections, review of accident scene and vehicle photographs. I also have reviewed the following materials and taken the following investigative steps:

1. Kentucky Uniform Traffic Collision Report
2. Photos taken by Tpr. Baxter
3. Phone interview with Tpr. Baxter June 20th, 2008
4. Phone interview with Shanda Reynolds June 23, 2008
5. Event Data Recorder Information from the Reynolds vehicle
6. Reynolds vehicle inspection by Joseph Stidham (5-24-2008, 6-14-2008)
7. Scene inspection by Joseph Stidham (5-24-2008, 6-23-2008)
8. Safer System's information for Heniff Transportation Systems L.L.C.
9. Forensic map of the scene prepared by Joseph Stidham (6-23-2008)
10. Interview with Steven Daniels
11. Deposition of Kenneth Shoemaker

2

12. KY Revised Statutes

13. KY Administrative regulations

14. Federal Motor Carrier Safety Regulations

15. Indiana CDL Manual

All of the material considered or reviewed is the type of material regularly, and reasonably, relied upon by the experts in the field of traffic collision reconstruction.

## Conclusions:

Based on the physical evidence, scene inspection, the materials previously listed in this report all of which are the type of materials customarily and reasonably relied upon by accident reconstruction experts, my training, experience, and education I have arrived at the following conclusions and opinions:

1. This was a preventable collision.

2. The scene of this collision offers no visual obstructions for drivers to see the scene of this collision for over 1,500 feet. The following photograph depicts this finding:



3. The scene of this collision is nearly 1.5 miles north of the closest Corbin exit. Shoemaker's testimony on page 55 thru 65 is inconsistent with this finding. He states that he is merging into the left lane to make room for the people merging from the Corbin exit.

4. The section of I-75 at which this collision occurred is on a downhill grade.

5. Shoemaker stated on page 61 that he was traveling 5 to 6 car lengths behind the traffic in front of him. This is in violation of KRS 189.340 and the teachings of the Indiana CDL Manual section 2.7 and 2.7.1

6. The section of I-75 at which this collision occurred is on a downhill grade. Shoemaker's testimony on page 68 is inconsistent with this finding. Shoemaker testified that the weight of his truck would cause him to slow down fairly quickly when he let off the accelerator. In fact the weight of his truck would do the opposite when traveling down this grade the weight would cause his truck to accelerate. This is explained in section 2.6.6 of the Indiana CDL Manual.

4

7. Shoemaker testified that he did not see Reynolds until he began his turn this is in violation to the teachings of the Indiana CDL Manual sections: 2.4, 2.4.1, 2.4.2, 2.7.2, and 2.7.3 which are all required knowledge for all Truck Drivers under Federal Motor Carrier Safety Regulation 383..1, 383.110, 383.111, and 383.113.

8. Shoemaker admitted to Tpr. Baxter that he caused this collision.

9. The posted speed limit on I-75 at the scene of this collision is 70 mph. There is no evidence that Reynolds was traveling over 70 miles per hour.

10. Reynolds swerved to the right to avoid the rear of the Shoemaker truck. This action caused the vehicle to begin to rotate in a clockwise motion. The vehicle rotated to the point that it was facing the wrong direction as it impacted the guard rail on the east side of the roadway with the driver's side. The following photographs depict the damage caused by this impact:




Note the intrusion into the driver's compartment from this impact.



6





11. The impact with the guardrail caused the Reynolds vehicle to trip and begin to roll over. The vehicle then traveled to a second impact with the embankment. From this second impact the vehicle traveled to final rest on its passenger side.



Joseph E. Stidham

**I RESERVE THE RIGHT TO ALTER MY OPINIONS SHOULD NEW EVIDENCE BE FOUND.**

P.O. Box 632 Wooton, KY 41776 • Phone: (606) 279-6043 • Toll free: 1-866-388-5365
Fax: (606) 279-6042 • email: jestidham@tds.net

8